# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cr-80055-Dimitrouleas/Matthewman

IN RE SEALED ORDER

_____/

FILED BY **TM** D.C.

Apr 8, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned Assistant United States Attorney, and respectfully requests that the indictment and any resulting order be SEALED until the arrest of the defendant or until further order of this court, excepting the United States Attorney's Office and any relevant law enforcement agency, which may obtain copies of any indictment, arrest warrants, or other sealed document for purposes of arrest, extradition, or any other necessary cause, for the reason that the named defendant may flee and the integrity of the ongoing investigation might be compromised should knowledge of this indictment become public. The United States is prepared to provide further information *in camera* should the Court so require.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: *[signature]*

DANIEL E. FUNK
Assistant United States Attorney
Court ID / Florida Bar No. A5501915
500 S. Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Telephone: (305) 905-7509
Email: daniel.funk@usdoj.gov