AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

KARISSA MORALES

**EXHIBIT AND WITNESS LIST**

Case Number: 25-cr-80055-Dimitrouleas

| PRESIDING JUDGE  HON. RYON M. MCCABE | PLAINTIFF'S ATTORNEY  JOHN MCMILLAN | DEFENDANT'S ATTORNEY  SCOTT BERRY |
|---|---|---|
| TRIAL DATE(S)  DET. HRG. May 16, 2025 | COURT REPORTER  DAR 10:14:35 | COURTROOM DEPUTY  STEPHANIE PAYNE |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5/16/2025 | YES | YES | Screen shot from video of drug deal |
| 2 | | 5/16/2025 | YES | YES | Screen shot from video of drug deal. |
| 3 | | 5/16/2025 | YES | YES | Booking photo of MORALES' forearm |
| 4 | | 5/16/2025 | YES | YES | Image of MORALES walking away |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages