UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cr-80055-Dimitrouleas/Matthewman

UNITED STATES OF AMERICA

vs.

KARISSA OLGA MORALES,

        Defendant.
_____/

## ACKNOWLEDGMENT OF OFFENSE ELEMENTS AND STIPULATION AS TO FACTUAL BASIS FOR GUILTY PLEA

I, KARISSA OLGA MORALES, agree that the facts set forth below are true and accurate and that the United States could prove these facts against me at trial. I am pleading guilty to possession with intent to distribute a controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). I am pleading guilty because I am in fact guilty of committing this offense.

### NATURE OF THE CHARGES

I am aware of and understand the nature of the charge to which I am pleading guilty. I have discussed with my attorney the charge and what the prosecutor must prove to convict me. I understand the United States must prove the following elements of the offenses beyond a reasonable doubt.

**Possession with Intent to Distribute a Controlled Substance, in Violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).**

First – the defendant knowingly possessed a controlled substance, even if she did not know its identity;

Second – the defendant intended to distribute the controlled substance;

Third – the substance has a chemical structure substantially similar to the chemical structure of a controlled substance classified under Schedule I or II;

1

<u>Fourth</u> – the substance has an actual, intended, or claimed stimulant, depressant, or hallucinogenic effect on the central nervous system that is substantially similar to or greater than such effect produced by a Schedule I or II controlled substance; and

<u>Fifth</u> - that the substance was intended for human consumption.

## STIPULATED FACTS

During the end of January 2024 and the beginning of February 2024, agents began investigating B.K. for the distribution of controlled substances. On May 2, 2024, UC-2 met with Karissa MORALES in the parking lot of a Wawa located in West Palm Beach, Florida. UC-2 purchased what was purportedly 250 30-milligram Oxycodone pills and 250 10-milligram Oxycodone pills for $1,000.00 of U.S. currency. The pills appeared to be pharmaceuticals prepared for human consumption. The transaction had been arranged by the user of phone number ending 1412, which agents believed to be used by B.K based on prior interactions.

MORALES met with UC-2 wearing a black mask with a red broken heart on it. MORALES said she was there on behalf of "Draco" (B.K.) who was dealing with family issues. MORALES and UC-2 discussed the number of pills and the money to be paid. MORALES counted the money before leaving the vehicle. Following the transaction, she removed the mask as she walked away from UC-2's undercover vehicle and agents were able to see her face. The video of the transaction captured images of a distinctive looking tattoo on MORALES' forearm.

The DEA Southeast Laboratory analyzed the "10-milligram Oxycodone pills," and determined there were three hundred sixty-six (366) pills weighing approximately 24.8 grams, containing N-desethyl isotonitazene, a synthetic opioid and analogue of the Schedule 1 controlled substance isontonitazene. The DEA Southeast Laboratory also analyzed the "30-milligram Oxycodone pills," and determined there were two hundred forty-three (243) pills weighing

2

approximately 27.8 grams, containing N-desethyl isotonitazene, a synthetic opioid and analogue of the Schedule 1 controlled substance isontonitazene. The total approximate weight is <u>52.6 grams</u> of a mixture and substance containing N-desethyl isotonitazene.

Date: 9/5/25   By: _____
HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY
DANIEL E. FUNK
ASSISTANT UNITED STATES ATTORNEY

Date: 9/5/25   By: _____
JAN CHRISTOPHER SMITH, II
ATTORNEY FOR DEFENDANT

Date: 9/5/25   By: _____
KARISSA OLGA MORALES
DEFENDANT

3